| | | | |
|---|---|---|---|
| Com. v. Baxter | 1752 MDA 2015<br>Affirmed | 08/26/2016 | CP–22–CR–0000913–2014<br>CP–22–CR–0005089–2014<br>(Dauphin) |
| Com. v. Hartman | 1800 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 08/26/2016 | CP–28–CR–0001212–2014<br>(Franklin) |
| Com. v. Hartman | 1801 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 08/26/2016 | CP–28–CR–0001353–2012<br>(Franklin) |
| Com. v. Hartman | 1802 MDA 2015<br>Affirmed | 08/26/2016 | CP–28–CR–0000364–2013<br>(Franklin) |
| Com. v. Heichel | 1821 MDA 2015<br>Affirmed | 08/26/2016 | CP–14–CR–0001690–2009<br>(Centre) |
| Com. v. Ruiz | 2091 MDA 2015<br>Affirmed | 08/26/2016 | CP–06–CR–0004826–2002<br>CP–06–CR–0005250–2002<br>(Berks) |
| Com. v. Briley | 2275 MDA 2015<br>Affirmed | 08/26/2016 | CP–22–CR–0003888–2011<br>(Dauphin) |
| Com. v. Pena | 46 MDA 2016<br>Reversed and<br>Remanded | 08/26/2016 | CP–06–CR–0003415–2015<br>(Berks) |
| Com. v. Nein | 47 MDA 2016<br>Reversed and<br>Remanded | 08/26/2016 | CP–06–CR–0003422–2015<br>(Berks) |
| Com. v. Cash | 190 MDA 2016<br>Affirmed | 08/26/2016 | CP–28–MD–0000759–1991<br>(Franklin) |
| Com. v. Cleveland | 220 MDA 2016<br>Affirmed | 08/26/2016 | CP–35–CR–0001102–2015<br>(Lackawanna) |
| M.P. v. T.N. | 1166 WDA 2015<br>Affirmed | 08/26/2016 | FD 06–009327–006<br>(Allegheny) |
| J.H. v. L.H. | 244 WDA 2016<br>Vacated and<br>Remanded | 08/26/2016 | No. 2361 of 2014, G.D.<br>(Fayette) |
| Com. v. Lane | 884 EDA 2014<br>Reversed and<br>Remanded | 08/29/2016 | CP–51–CR–0006498–2013<br>(Philadelphia) |